ACCEPTED
15-25-00089-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/28/2025 11:58 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00089-CV

# In the Court of Appeals for the Fifteenth Judicial District
# Austin, Texas

FILED
15th COURT OF APPEALS
AUSTIN, TEXAS
5/28/2025 11:58:52 AM
CHRISTOPHER A. PRINE
Clerk

———

TEXAS DEPARTMENT OF AGRICULTURE, ET AL.,

*Appellants*,

*v.*

BE A CHAMPION, INC., JAMES HONG, KEVIN KLOTZ, GEORGE MOON, AND JARON BARGANIER

*Appellees.*

———

On Appeal from the
200th Judicial District Court, Travis County

———

## APPELLANTS' MOTION FOR AN EXTENSION

———

Texas Department of Agriculture, et al. ("Appellants") seek a 23-day extension of the deadline to file their opening appellate brief in this case. Appellants' brief is currently due on June 16, 2025. With the extension, Appellants' brief would be due on July 9, 2025.

Appellants seek this extension as their counsel has various other deadlines coming due over the next month or so that are competing for his attention. These deadlines include:

1

- June 4, 2025: Filing a response to the plaintiff's motion to substitute service in *Meade v. Hurley*, 4:25-cv-00093 (N.D. Tex.);

- June 13, 2025: Filing an answer to the plaintiff's third amended complaint in *Salamah v. University of Texas Southwestern Medical Center*, 3:24-cv-00477 (N.D. Tex.);

- June 23, 2025: Filing an appellate brief with the Fifth Circuit in *Martinez v. University of Texas at Austin*, 1:23-cv-01574 (W.D. Tex.); and

- July 1, 2025: Filing a motion to dismiss in *Heilrayne v. University of Texas at Austin*, 1:25-cv-00640 (W.D. Tex).

Additionally, this case is relatively complicated, involving a plea to the jurisdiction and a response to that plea that were both over 50 pages. Appellants need additional time to adequately brief the issues present in this case to this Court.

Thus, Appellants respectfully request that the Court extend the deadline to file their opening brief in this case to July 9, 2025. This is Appellants' first request for an extension.

Date: May 28, 2025

Respectfully Submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

2

Austin Kinghorn
Deputy Attorney General for Civil
Litigation

Kimberly Gdula
Chief, General Litigation Division

*/s/ Todd Dickerson*
TODD A. DICKERSON
Attorney-in-Charge
Texas Bar No. 24118368
Todd.Dickerson@oag.texas.gov
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548-Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667
**COUNSEL FOR DEFENDANTS-
APPELLANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, this document was served via CM/ECF on Plaintiffs-Appellees and transmitted to the Clerk of the Court.

*/s/ Todd Dickerson*

**CERTIFICATE OF CONFERENCE**

On May 28, 2025, I conferred by email with Appellees' counsel (Kevin Terrazas and Benjamin Dower) about the subject of this motion. Appellees' counsel advised that they were unopposed to the instant request.

*/s/ Todd Dickerson*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Todd Dickerson on behalf of Todd Dickerson
Bar No. 24118368
todd.dickerson@oag.texas.gov
Envelope ID: 101326622
Filing Code Description: Motion
Filing Description: Appellants Motion for Extension to File
Status as of 5/28/2025 12:12 PM CST

Associated Case Party: Be a Champion, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kevin Terrazas | 24060708 | kterrazas@terrazaspllc.com | 5/28/2025 11:58:52 AM | SENT |
| Benjamin Dower | 24082931 | bdower@terrazaspllc.com | 5/28/2025 11:58:52 AM | SENT |
| Jennifer Foster | 24104938 | jfoster@terrazaspllc.com | 5/28/2025 11:58:52 AM | SENT |

Associated Case Party: Texas Department of Agriculture

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Todd Dickerson | | todd.dickerson@oag.texas.gov | 5/28/2025 11:58:52 AM | SENT |
| Chelsea Goodman | | chelsea.goodman@oag.texas.gov | 5/28/2025 11:58:52 AM | SENT |